**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Julia Castaneda, | ) | No. CIV 06-825-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Banner Health, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 15, 2006, Plaintiff filed a Notice of Settlement informing the Court that the parties have agreed to settle this matter. [Doc. No. 14]  Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, October 2, 2006, at 10:00 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

//

//

//

1
**IT IS FURTHER ORDERED** that the Scheduling Conference set for August 30,

2
2006, at 4:00 p.m., is VACATED due to the Notice of Settlement filed with this Court on

3
August 15, 2006.

4
DATED this 16th day of August, 2006.

5

6

7
_____
Stephen M. McNamee

8
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28