1    **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9    CASTANEDA,                          )    No. CIV 06-825-PHX-SMM
                                         )
10            Plaintiff,                 )    **ORDER**
                                         )
11   vs.                                 )
                                         )
12                                       )
     BANNER HEALTH,                      )
13                                       )
              Defendant.                 )
14   _____  )
                                         )
15

16        Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc.

17   No. 16].  After consideration of the parties' Stipulation,

18        **IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice

19   [Doc. No. 16] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear

20   its own costs and attorneys' fees incurred in connection with this case.

21        **IT IS FURTHER ORDERED** that any pending motions and hearings in this matter

22   are hereby **VACATED**.

23        DATED this 29th day of September, 2006.

24

25

26                                           Stephen M. McNamee
                                             United States District Judge
27

28